UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GARY PETERS,

    Petitioner,

v.

                                                           File No. 2:15-cv-60

DUNCAN MACLAREN,                          HON. ROBERT HOLMES BELL

    Respondent.
_____/

## **O R D E R**

On December 14, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the petition be dismissed due to failure to exhaust state-court remedies. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the December 14, 2016, R&R (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss (ECF No. 14) is **GRANTED** for the reasons stated in the R&R.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A judgment will enter dismissing the action.

Dated: January 10, 2017                        /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                      UNITED STATES DISTRICT JUDGE